UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHINEDU ENIGWE,<br><br>           Plaintiff,<br><br> v.<br><br>CLYDE GAINEY, et al.,<br><br>           Defendants. | CIVIL ACTION<br><br>No. 10-684 |

## ORDER

**AND NOW**, this  6  day of April, 2011, it is hereby **ORDERED** that defendant Prison Health Services' Motion to Dismiss the Amended Complaint, dkt. 19, is **GRANTED**, and that Enigwe's complaint is **DISMISSED**, without prejudice, as to Prison Health Services. It is further **ORDERED** that defendant Prison Health Services' Motion to Dismiss for Lack of Prosecution, dkt. 25, is **DENIED**. The plaintiff may amend his complaint no later than 30 days from the date of this order.

                                                  /s/ Louis H. Pollak
                                                  Pollak, J.