UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHINEDU ENIGWE,<br><br>    Plaintiff,<br><br>  v.<br><br>CLYDE GAINEY, et al.,<br><br>    Defendants. | CIVIL ACTION<br><br>No. 10-684 |

## ORDER

**AND NOW**, this 20th day of January, 2012, for the reasons stated in the accompanying Memorandum issued this same date, it is hereby **ORDERED** that:

(1) Plaintiff Chinedu Enigwe's Motion for Default Judgment as to Warden Clyde Gainey (Docket No. 31) is **DENIED**;

(2) Defendant Prison Health Services, Inc.'s Motion to Dismiss Plaintiff's Second Amended Complaint (Docket No. 33) is **GRANTED**;

(3) Defendant Clyde Gainey's Motion to Dismiss (Docket No. 35) is **GRANTED**; and,

(4) Plaintiff's Second Amended Complaint (Docket No. 32), is **DISMISSED WITH PREJUDICE** as to both defendants.

BY THE COURT:

/s/ Louis H. Pollak
Pollak, J.